FILED BY _____ D.C.

04 AUG 25 AM 8: 41

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge Diane K. Vescovo, United States Magistrate Judge

August 24, 2004

RE:   04cr20349-D
      **USA -v- *David E. Moore (c)***

Dear Sir/Madam:

A(n) **ARRAIGNMENT HEARING** has been **SET** to **WEDNESDAY, SEPTEMBER 1, 2004** at **9:30 A.M.** before **Magistrate Judge Diane K. Vescovo in Courtroom #5, 3rd floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:  *Wendy Warren*
     Wendy Warren, Case Manager
     901-495-1218

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CR-20349 was distributed by fax, mail, or direct printing on August 25, 2004 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT