IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.            CR. NO. 04-20349-D

DAVID E. MOORE

## ORDER ON ARRAIGNMENT

This cause came to be heard on **Sept 1, 2004** the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Stue Shankman Jr / Doris Holt**  ADDRESS **FPD**

_____ PHONE NO. _____ who is

Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.
_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*Diane K. Vescovo*
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:2422(b); 18:2423(b)

Attorney assigned to Case: D. Newsom

Age: **41**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **9-2-04**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CR-20349 was distributed by fax, mail, or direct printing on September 2, 2004 to the parties listed.

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT