IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 APR -4 PM 3: 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 04-20349-D |
| ) | |
| DAVID E. MOORE ) | |
|     Defendant. ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came on to be heard on March 31, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, David E. Moore, appearing in person and with counsel, Doris A. Randle-Holt, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 28, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 31 day of March, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20349 was distributed by fax, mail, or direct printing on April 6, 2005 to the parties listed.

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT