# United States District Court
## for the
## Western District Of Tennessee

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: David Eugene Moore           Case Number: 2:04CR20349-001

Name of Sentencing Judicial Officer: The Honorable Bernice B. Donald

Date of Original Sentence: 6/30/2005           Type of Supervision: Supervised Release

Original Offense: Use of Interstate Commerce to Attempt to Entice a Minor to Engage in Sexual Activity           Date Supervision Commenced: 12/24/2008

Original Sentence: Prison - 60 Months; TSR - 60 Months           Date Supervision Expires: 12/23/2013

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[x] To modify the conditions of supervision as follows:

> The defendant shall comply with the conditions of Home Curfew for a period of eight (8) months. The defendant shall be required to wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay $3.18 each day while wearing an electronic monitoring device to offset the cost of the program

### CAUSE

Mr. Moore's Supervised Release is being monitored in the Northern District of Mississippi. On June 9, 2009 U.S. Probation Officer Rose S. Barefield, conducted an unannounced job visit and found that the defendant had accessed a prohibited website in a clear violation of his supervision. Mr. Moore has signed a Probation From 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, agreeing to the above stated modification.

Respectfully submitted,

by   s/ Lorin J. Smith

Approved:                                      Lorin J. Smith
s/ Alice Conley                                U.S. Probation Officer
_____                Date: July 29, 2009
Supervising U.S. Probation Officer
Date: July 29, 2009

THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[ X ]  The Modification of Conditions as Noted Above
[  ]   Other

**s/ Bernice B. Donald**

Signature of Judicial Officer

July 31, 2009

Date